IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :
         vs.                    :      CRIMINAL NO. 09-733-03
                                :
DARREN MACKLIN                  :
                                :

## JUDGMENT OF ACQUITTAL/NOT GUILTY

**AND NOW,** this **25th** day of **June, 2010,** came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to:  1s and 2s.

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:


s/ Ronald Vance
Eduardo C. Robreno , J.


cc:   U.S. Marshal
      Probation Office
      Counsel

_____     _____
  Date               By Whom


Cr 1 (4/2006)